# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Robert Roadcap,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No.<br>) 12-3524-CV-S-JTM |
| **Carolyn W. Colvin,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

## **O R D E R**

On Friday, January 24, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed July 11, 2013, [Doc. 10] and the *Brief For Defendant*, filed September 23, 2013, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                       */s/ John T. Maughmer*
                                                       **JOHN T. MAUGHMER**
                                                    **U. S. MAGISTRATE JUDGE**